**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GORDON BULLOCK, | ) | NO. CV 15-2491-PA (AS) |
| Plaintiff, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS,** |
| WARDEN ELVIN VALENZUELA, et. al., | ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| Defendants. | ) | **UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed (see Docket Entry No. 8), the Court concurs with and accepts the findings and conclusions of the Magistrate Judge. However, the Court addresses certain arguments raised in the Objections below.

1    Plaintiff contends that his complaint is directed to the prison
2 officials' failure to timely process his grievance regarding the loss
3 of his 30-day good time credit rather than a challenge to the sentence
4 imposed for the disciplinary violation. See Docket Entry No. 8.
5 However, "inmates lack a separate constitutional entitlement to a
6 specific prison grievance procedure[,]" and the failure to properly
7 process an inmate's grievance does not give rise to a cognizable
8 constitutional claim. Ramirez v. Galaza, 334 F.3d 850, 860 (9th Cir.
9 2003); Buckley v. Barlow, 997 F.2d 494, 495 (8th Cir. 1993) (per
10 curiam) ("'A prison grievance procedure is a procedural right only, it
11 does not confer any substantive right upon the inmates. Hence, it does
12 not give rise to a protected liberty interest requiring the procedural
13 protections envisioned by the fourteenth amendment.' Thus, defendants'
14 failure to process any of [the inmate's] grievances, without more, is
15 not actionable under section 1983." (citation and internal punctuation
16 omitted)). Accordingly, Petitioner's objections to the Report and
17 Recommendation do not cause the Court to reconsider its decision to
18 accept the Magistrate Judge's conclusions and recommendations.

20    **IT IS ORDERED** that Judgment shall be entered dismissing this
21 action without prejudice.
22 ///
23 ///
24 ///

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 23, 2015.

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE