JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GORDON BULLOCK, | ) | NO. CV 15-2491-PA (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| WARDEN ELVIN VALENZUELA, et. al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 23, 2015.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE